■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT ANTONUCCI, Appellant. [737 NYS2d 558] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 15, 1989 (*People v Antonucci,* 150 AD2d 588), affirming a sentence of the County Court, Rockland County, imposed October 21, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J.P., Feuerstein, O'Brien and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAKIA BOND, Appellant. [737 NYS2d 544] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered January 27, 2000, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J.P., Goldstein, Luciano, Schmidt and Crane, JJ., concur.